1 | McGREGOR W. SCOTT
2 | United States Attorney
  | STANLEY A. BOONE
3 | Assistant U.S. Attorney
  | 4401 Federal Building
4 | 2500 Tulare Street
  | Fresno, California 93721
5 | Telephone: (559) 497-4000



FILED

FEB 2 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | ) ) ) ) ) ) ) ) ) ) ) ) | S.W. NO 1: 07 SW 0003 2 LJO<br><br>**UNDER SEAL**<br><br>ORDER SEALING SEARCH WARRANT AFFIDAVITS |
|---|---|---|
| 2749 WHITLEY AVENUE CORCORAN, CALIFORNIA | | |
| 2838 WAUKENA DRIVE TULARE, CALIFORNIA | | |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicants and affidavits in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A. Boone, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant affidavit in the above-entitled proceeding, together with the Application To Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities and Declaration of Stanley A. Boone, shall be filed with the Court in camera, under seal

1

1  and shall not be disclosed pending further order of this court.
2
3
4  DATED: Feb 24, 2007
5  ~~DENNIS L. BECK~~ Lawrence J O'Neill
6  U.S. ~~Magistrat~~e Judge
   District
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28