McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED
FEB 2 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>176 12TH STREET<br>ORANGE COVE, CALIFORNIA<br><br>932 H STREET<br>ORANGE COVE, CALIFORNIA | SW-F 07-00032<br>    07-00033<br><br>ORDER TO UNSEAL SEARCH WARRANT<br>AFFIDAVIT AND WARRANTS |

The search warrant affidavit in this case having been sealed by Order of this Court on February 24, 2007, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

DATED: 2/28/2007

_____
UNITED STATES MAGISTRATE JUDGE

1